IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 25-CR-377-JFH-CDL** |
| **JORDAN WAYNE DAN**, | |
| **Defendant.** | |

**<u>OPINION AND ORDER</u>**

Before the Court is a motion to dismiss indictment [Dkt. No. 2] without prejudice filed by the United States of America ("Government").  Dkt. No. 58.

Under Federal Rule of Criminal Procedure 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest."  *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)).  Defendant pled to and has been sentenced on a misdemeanor charge.  Dkt. No. 45; Dkt. No. 57__.  Given the misdemeanor resolution of the case, the Court concludes that dismissal of the felony charge against Defendant is not contrary to the public interest, nor is it for an improper purpose.  Accordingly, the Government's motion to dismiss should be granted.

IT IS THEREFORE ORDERED that the Government's motion to dismiss [Dkt. No. 58] is GRANTED and the indictment [Dkt. No. 2] is dismissed without prejudice against Defendant Jordan Wayne Dan.

Following the consent of Defendant to proceed before a magistrate judge on misdemeanor counts and sentencing having been held, the remaining felony count is hereby dismissed and the Clerk is directed to terminate the district judge from the case assignment.  The case number is hereby changed to 25-CR-377-CDL and all future pleadings should be marked accordingly.

Dated this 4th day of August 2026.

_____
JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE